**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARRY C. NAGEL | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:15-cv-01669 |
| | ) | |
| vs. | ) | Magistrate Judge Robert C. Mitchell |
| | ) | |
| SIEMENS INDUSTRY, INC., SIEMENS RAIL AUTOMATION CARBORNE SYSTEMS, INC., and SIEMENS RAIL AUTOMATION CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 28th day of December, 2015,

IT IS HEREBY ORDERED that an Initial Case Management Conference in the above-captioned case is scheduled for **January 26, 2016 at 9:30 am** in Suite 9240, 9th Floor, United States Courthouse.  Pursuant to Federal Rule of Civil Procedure 26(f), the parties are to meet at least fourteen days prior to the scheduled conference date for the purposes of planning discovery and the filing of their written discovery plan, which must be filed with the Court no later than seven days prior to the conference, on **January 19, 2016**.  In addition, pursuant to Local Rule 16.2, by that same date, on **January 19, 2016**, the parties shall file the Stipulation Selecting ADR Process, which is available on the Court's Web site www.pawd.uscourts.gov under ADR - Alternate Dispute Resolution, ADR Program Information, ADR Stipulation Forms.

/s/  Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge

Cc: record counsel via CM-ECF