IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY C. NAGEL ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| v. ) | Civil Action No. 2:15-cv-1669-RCM |
| SIEMENS INDUSTRY, INC., et al. ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

**REPORT OF NEUTRAL**

A MEDIATION session was held in the above captioned matter MAY 18, 2016

The case (please check one):
    ____ has resolved
    ____ has resolved in part (see below)
  X   has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____
____ will be held with the neutral within ____ days
____ parties agree that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: MAY 23, 2016　　　　　　　　s/ Eugene F. Scanlon, Jr.
　　　　　　　　　　　　　　　　　　Signature of Neutral

Rev.03/09