# EXHIBIT 3

## DEFENDANTS' MOTION TO FILE EXHIBIT UNDER SEAL IS PENDING