IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY C. NAGEL, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 2:15-cv-01669- RCM |
| | ) |
| v. | ) |
| | ) |
| SIEMENS INDUSTRY, INC., SIEMENS | ) |
| RAIL AUTOMATION CARBORNE | ) |
| SYSTEMS, INC., AND SIEMENS RAIL | ) |
| AUTOMATION CORPORATION | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Motion to Stay the Discovery Deadline and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. It is further ORDERED that:

1. The August 11, 2017 discovery deadline shall be stayed, pending the substantial completion of the Parties' Stipulated Protocol for Forensic Inspection of Nagel's Electronic Data Sources, *to be resumed on 8/30/17* and

2. The Settlement Conference scheduled for August 30, 2017, at 9:30 a.m. shall be converted into a status conference.

It is so ORDERED this __3rd__ day of __August__, 2017.

_Robert C. Mitchell_
J.

Firmwide:149084618.1 067219.1034