IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY C. NAGEL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:15-cv-1669 |
| SIEMENS INDUSTRY, INC., et al., | ) |
| Defendants. | ) |

## REPORT OF NEUTRAL

A <u>Mediation</u> session was held in the above captioned matter on <u>March 8, 2018</u>.

The case (please check one):
\_\_\_\_\_has resolved
\_\_\_\_\_has resolved in part (see below)
_X_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: March 21, 2018        /s/Louis B. Kushner\_\_\_\_
                             Signature of Neutral

Rev. 09/11

ND: | 82000-103

4849-8565-3855, v. 1